# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SHEARMAN WISHAM (#150057)**　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**NO. 18-172-JWD-RLB**

**DARREL VANNOY, ET AL**.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 15, 2019, to which no objection was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and this proceeding is dismissed with prejudice.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 30, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**